AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 4 2014

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeremy Boucher | ) | Case No. 14 mj 3837 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2013 to October 2014__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1708 | Theft or receipt of stolen mail matter general |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Calvert United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 11-24-14

_____
Judge's signature

City and state: Albuquerque, NM

United States Magistrate Judge Robert Hayes Scott
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

United States of America,

        Plaintiff,

vs.

**Jeremy BOUCHER,**

        Defendant.

## AFFIDAVIT

I, Ryan Calvert, being duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Albuquerque Domicile, and have been so employed since June 2013. During that time, I have been trained to work on numerous federal criminal investigations. I have worked with other inspectors, agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

2. The information contained in this affidavit is not an exhaustive account of everything I know about this case. Rather, it contains only the facts that I believe are necessary to establish probable cause in support of a criminal complaint against Jeremy BOUCHER for a violation of 18 U.S.C. § 1708, Theft or receipt of stolen mail matter general.

3. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

### DETAILS OF INVESTIGATION

4. On November 14, 2014, Postal Inspectors with the Albuquerque Police Department executed a state search warrant on 9304 Aztec Rd NE, Albuquerque, NM 87110. Large amounts of mail dating back to December 2013 were found, including financial documents. The recovered mail is known to be stolen.

5. On November 14, 2014, Inspector Calvert and APD Detective Weber interviewed Mr. Boucher. Mr. Boucher admitted to breaking into mailboxes and stealing mail with two other individuals from November 2013 to February 2014. Mr. Boucher admitted to stealing mail again starting in August of 2014 with two additional individuals. Mr.

Boucher stated he told one of his new accomplices of a vacant address near 9304 Aztec Rd NE to have them send the victim's credit cards and mail to.

## CONCLUSION

6. Based on the aforementioned facts, there is probable cause that on or about October 14, 2014, in the District of New Mexico, Jeremy BOUCHER violated 18 U.S.C. § 1708, Theft or receipt of stolen mail matter general.

_____
Ryan Calvert
United States Postal Inspector

Subscribed and sworn to before me
this 24th day of November, 2014.

_____
Honorable Robert Hayes Scott
United States Magistrate Judge

2